# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN HOYLE, | ) |
| | ) |
| Plaintiff, | ) Case No.: 3:10-cv-03326-MMM-BGC |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK J. HANNA & ASSOCAITES, P.C., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT DISCOVERY PLAN

NOW COME the Plaintiff and the Defendant, through the undersigned counsel, and hereby jointly submit the following Joint Rule 26(f) Report, pursuant to the Court's Order dated February 9, 2011.

1. Discovery will be needed on the following subjects:

    a. On all subjects, issues and facts contained in Plaintiff's Complaint, including damages.
    b. Defendant's affirmative defenses.

2. All discovery to be commenced in time to be completed by July 1, 2011.

3. At this time the parties do not believe discovery should be completed in phases or limited to focus on specific issues.

4. The parties agree to follow the Federal Rules of Civil Procedure, as well as any and all local rules, when conducting discovery in this matter, and at this time do not anticipate the need for any changes and/or limitations to said applicable rules.

5. Parties should be allowed until May 1, 2010 to join additional parties and to amend the pleadings.

6. All potentially dispositive motions should be filed by September 1, 2011, 2011.

7. Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made within 7 days of the filing of this report.

8. The parties do not anticipate using expert witnesses.

9. This case should be ready for trial by December 1, 2011, and at that time is expected to take 1-2 days.

10. The parties do not anticipate the need for any discovery of electronically stored information because the parties believe all discoverable information may be reduced to paper representation.

Date:  February 25, 2011                                         RESPECTFULLY SUBMITTED,


                        BY:_____/s/ Michael S. Agruss_____
**Michael S. Agruss**
**KROHN & MOSS, LTD.**
10474 Santa Monica Blvd. Ste. 401
Los Angeles, CA 90025
Phone: (323) 988-2400 x235
Fax:    (866) 620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff


                        BY:  /s/ David M. Schultz, Esq._____
**David M. Schultz**
Attorney Bar No. 6197596
Attorneys for Defendant NATIONAL RECOVERIES, INC.
**Hinshaw & Culbertson LLP**
222 N. LaSalle, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com